United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

LUIS MANUEL HERNANDEZ
SALDANA,

    Petitioner,

v.

RANDY TATE, *et al.,*

    Respondents.

§
§
§
§
§
§
§
§
§

CASE NO. 4:26-cv-04671

### ORDER

Pending before the Court is Federal Respondents' motion for an extension of time to respond to the Petition for Writ of Habeas Corpus. Having considered the motion, the Court finds as follows:

Respondents' motion for an extension of time (Dkt. 6) is GRANTED.

It is ORDERED that Respondents have until ~~July 1~~ June 29, 2026, to file an answer or other response to the Petition.

SIGNED on this 25th day of June, 2026,

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE