United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS MANUEL HERNANDEZ-SALDANA, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-4671 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner, Luis Manuel Hernandez-Saldana, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On August 14, 2026, the respondents filed a Notice stating that they planned to remove Hernandez-Saldana to Mexico. (Docket Entry No. 11). Review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody.[1]

**No later than September 8, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has been removed from the United States.

SIGNED on September 3, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] The location of a detainee in ICE custody may be found by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Sept. 2, 2026).