United States District Court
Southern District of Texas
**ENTERED**
September 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS MANUEL HERNANDEZ-SALDANA, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-4671 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Luis Manuel Hernandez-Saldana, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). Counsel for the petitioner has filed an Advisory informing the court that Hernandez-Saldana was removed to Mexico on August 28, 2026. (*See* Docket Entry No. 13). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on September 11, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge